# Order

Michigan Supreme Court
Lansing, Michigan

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

143047

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

WHRJ, L.L.C. and REI ISLAND LAKE
OWNER, L.L.C.,
          Plaintiffs/Counter-
          Defendants-Appellees,

v

                                        SC: 143047
                                        COA: 295299
                                        Wayne CC: 09-008314-CZ

CITY OF TAYLOR,
          Defendant/Counter-Plaintiff/
          Third-Party Plaintiff-Appellant,
and

NATIONAL CITY BANK,
          Third-Party Defendant-Appellee,
and

REAL ESTATE INTERESTS GROUP, INC.,
          Third-Party Defendant.

_____/

      On order of the Court, the application for leave to appeal the March 29, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

*Corbin R. Davis*

Clerk

d0829